IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-308-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANA DUARTE-PINEDA, | ) | |
| | ) | |
| Defendant. | ) | |

On June 22, 2021, Ana Duarte-Pineda ("Duarte-Pineda" or "defendant") filed a motion for hardship credit for hard time served. See [D.E. 122]. Defendant appealed this court's judgment [D.E. 110], and the appeal remains pending. In light of defendant's pending appeal, the court DISMISSES defendant's motion for hardship credit for hard time served [D.E. 122]. See, e.g., Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982) (per curiam); United States v. Sanders, No. 1:17-CR-29-HAB, 2020 WL 3268492, at *1 (N.D. Ind. June 17, 2020) (unpublished); United States v. Watts, No. CR 16-104, 2020 WL 3036545, at *2 (M.D. La. June 5, 2020) (unpublished); United States v. Belton, No. 5:18-CR-113-FL-1, 2020 U.S. Dist. LEXIS 75837, at *2 (E.D.N.C. Apr. 29, 2020) (unpublished).

SO ORDERED. This 7 day of September, 2021.

JAMES C. DEVER III
United States District Judge