IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-308-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANA DUARTE-PINEDA, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall respond to defendant's motion [D.E. 154] not later than October 14, 2022.

SO ORDERED. This 13 day of September, 2022.

JAMES C. DEVER III
United States District Judge